RECEIVED

12 MAR 22 PM 2: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_Charles H. Lee_

(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

_Swift Transportation/
Co. of Arizona LLC Carriers_

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, _Charles H. Lee_
(name of plaintiff)

is a citizen of the United States and resides at _P.O. Box 390_
(street address)

_Bentonia_     _U.S.A._     _Miss_
(city)         (country)    (state)

_39040_                     _662-528-0177_
(zip code)                  (telephone number)

Revised 4-18-08

3. Defendant __Swift Transportation__
(defendant's name)
lives at, or its business is located at __1940 East Brooks Rd__
(street address)
__Memphis, Tenn. 38116__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__1940 East Brooks Rd.__
(street address)
__Memphis__   __U.S.A.__   __Memphis__   __Tenn.__   __39040__
(city)    (country)    (state)    (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __9/1/2011__
__1__ (day)   __9__ (month)   __2011__ (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __N/A__
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __4__   __10__   __2011__
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __27   12   2011__. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) __N/A__ race, (2) __N/A__ color, (3) __N/A__ sex, (4) __N/A__ religion, (5) __N/A__ national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) __X__ terminated plaintiff's employment.

    (c) ____ failed to promote plaintiff.

    (d) __Retaliation, Age, Disability,__

__Became Very Ill and had to be hospitalize in Gallop N.M. Because of Mentor George Quinn.__

10. The circumstances under which defendant discriminated against plaintiff were as follows: While in Jackson Ms. For Hospital Appointment, I received A Letter in the Mail saying that I had Been Fired. I got sick & had to be hospitalize in Gallop NM. I got sick Because I was Not Allowed to use the Bathroom for About (5) Five hrs. After I received The Letter I called the Company to to get more Information. And was Informed that I had Made Some Sort of threat Against (3) Three of My Mentors. This Never happen, I haven't Threaten any. All of this happen After I got Sick — Which they are Responsible for. All of this happen AFter I was hospitalize. IF what they say is true, Why wasn't I Fired After I Threaten the First Mentor, why wait until I had Threaten (3) Three Mentors.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) _X_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) _X_ Defendant be directed to _Pay Hospital Bill & other medical Bill Related to this Case. Would Like to Return to work Without the harrasment._

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (X) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08