## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| CHARLES H. LEE,             ) | |
|                      ) | |
|        Plaintiff,     ) | |
|                      ) | |
| v.                     ) | Case No. 2:12-cv-02230-JTF-tmp |
|                      ) | |
| SWIFT TRANSPORTATION   ) | |
| COMPANY OF ARIZONA, LLC,  ) | |
|                      ) | |
|        Defendant.   ) | |
|                      ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation, Order Granting Defendant's Motion for Summary Judgment, and Order of Dismissal, filed on March 6, 2014, this matter is hereby dismissed with prejudice. Judgment entered in favor of Defendant.

**APPROVED:**


*__s/John T. Fowlkes, Jr.__*
JOHN T. FOWLKES, JR.
United States District Judge

__March 6, 2014_____
Date

                                       s/Thomas M. Gould_____
                                       Clerk of Court

                                       s/ Erica M. Evans_____
                                       (By)  Law Clerk